IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Angel G. Burgess,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 1:23-cv-00874 |
| | ) | Honorable Jeremy C. Daniel |
| **v.** | ) | |
| | ) | Magistrate Judge M. David Weisman |
| **University of Chicago Medicine, UChicago** | ) | |
| **Medicine, George Einhorn, Mark Lubus,** | ) | |
| **And Muhammad Khan,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

The parties to the above captioned action have reached a settlement in principle. The parties anticipate that it will take approximately 30 days to finalize the settlement and to submit a stipulation to dismiss with prejudice.

/s/ Gail S. Eisenberg
One of Plaintiff's Attorneys

Gail S. Eisenberg
Loftus & Eisenberg, Ltd.
161 North Clark Street, Suite 3400
Chicago, IL 60601
(312) 899-6625
gail@loftusandeisenberg.com

/s/Michael A. Warner, Jr.
One of Defendant's Attorneys

Michael A. Warner, Jr. ARDC #6208011
FRANCZEK P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 786-6118
maw@franczek.com

3253797.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be filed with the Clerk of the Court using the CM/ECF system which will send notification to the following party this 2nd day of October, 2023:

>Angel G. Burgess
>6445 N. Greenview Avenue, Unit 1
>Chicago, IL 60637
>aburgess1@comcast.net

       /s/Michael A. Warner, Jr.

3253797.1